Original

James H. Power
Marie E. Larsen
HOLLAND & KNIGHT LLP
31 West 52nd St.
New York, NY 10019
Telephone: (212) 513-3200
Telefax: (212) 385-9010
james.power@hklaw.com

ATTORNEYS FOR PLAINTIFF
HANJIN SHIPPING CO LTD.

JUDGE ABRAMS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HANJIN SHIPPING CO LTD.,

    Plaintiff,

-against-

PRACTICA SHIPPING CORPORATION a/k/a
PRACTICA SHIPPING CORP. LIMITED a/k/a
PRACTICA SHIPPING OF CYPRUS LLC.

    Defendant.

Civil Action No. 13-CV_____

---

### ORDER TO ISSUE WRIT OF MARITIME ATTACHMENT AND GARNISHMENT AND APPOINTING PROCESS SERVER

On July 8, 2013, Plaintiff, Hanjin Shipping Co Ltd. (Seoul) ("Hanjin" or "Plaintiff"), filed a Verified Complaint in the captioned action seeking damages of **$2,006,782.50** and seeking the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

The Court has reviewed the Verified Complaint, Memorandum of Law and the Supporting Declaration of James H. Power dated July 8, 2013, and finds that the conditions of Supplemental Admiralty Rule B appear to exist.

The Verified Complaint and the Declaration of James H. Power demonstrate that Defendant's (tangible or intangible) property is contained within Correspondent Bank accounts that are located in this district.

**ACCORDINGLY, IT IS HEREBY**

**ORDERED**, that Process of Maritime Attachment and Garnishment shall issue against all goods, chattel, credits, letters of credit, debts, effects and monies, funds, cash, deposits, instruments, credits, debits, wire transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property, upon whom a copy of the Process of Maritime Attachment and Garnishment may be served, at the time of service, in an amount of up to **$2,006,782.50**, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and, it is further,

**ORDERED**, that any person claiming an interest in any property attached or garnished pursuant to this Order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiff shall be required to show why the attachment and garnishment should not be vacated; and it is further,

**ORDERED**, that any person at least 18 years of age and not a party to this action, employed with or appointed by Holland & Knight LLP, be and hereby is appointed to serve this Order and Process of Maritime Attachment and Garnishment on the garnishee; and it is further,

**ORDERED**, that a copy of this Order be attached to and served with initial service of the Process of Maritime Attachment and Garnishment upon garnishees Bank of New York Mellon and Deutsche Bank Trust Company within this District; and it is further,

**ORDERED,** that a copy of this Order be attached to and served with initial service of the Process of Maritime Attachment and Garnishment upon garnishee Credit Suisse AG via service on Credit Suisse's New York Branch.

~~**ORDERED**, that a copy of this Order be attached to and served with initial service of the Process of Maritime Attachment and Garnishment upon garnishees Standard Chartered Bank, JP Morgan Chase Bank, N.A., Citibank N.A., HSBC Bank USA, N.A. and Royal Bank of Scotland within this District; and it is further,~~

**ORDERED**, that the above garnishees shall each restrain **$2,006,782.50** in the Correspondent Bank account of its customer Credit Suisse AG until such time as garnishee is able to determine what funds or credits in its customer Credit Suisse AG's U.S. Dollar correspondent account at the garnishee banks belongs to or is held for the benefit of Defendant Practica Shipping Corporation a/k/a Practica Shipping Corp. Limited a/k/a Practica Shipping of Cyprus LLC. ("Practica");

**ORDERED**, in the event it is determinable by garnishee ~~whether~~ *that* U.S. dollar funds of Defendant Practica are contained in the subaccount of Credit Suisse AG's Correspondent Bank account, or any portion of the funds held in the name of Credit Suisse AG in the District are allocated to Defendant Practica or held for the benefit of Practcia by Credit Suisse AG's internal accounting system, garnishee shall then immediately restrain those funds, up to **$2,006,782.50**;

**ORDERED**, that Plaintiff shall upon request from any garnishee immediately provide all known account numbers to garnishee to facilitate rapid identification of Defendants' U.S. dollar

3

funds contained in Practica's subaccount of the Credit Suisse AG Correspondent Bank account or allocated to or held for the benefit of Practica;

**ORDERED**, that Credit Suisse AG as garnishee shall immediately restrain funds of Defendant Practica up to the amount of $2,006,782.50;

**ORDERED**, that upon determining that it is in possession of any property which may be subject to this Order, any garnishee shall, as soon thereafter as is practicable, advise the Plaintiff of such details about the attachment as are reasonably available to it;

**DONE AND ORDERED** ~~in Chambers~~ at 40 Foley Square at New York, New York, this 9th day of July, 2013.

UNITED STATES DISTRICT JUDGE