RAWLE & HENDERSON LLP
Robert A. Fitch, Esquire
14 Wall Street, 27th Floor
New York, NY 10005
Telephone: (212) 323-7070
Fax: (212) 323-7099

*Attorneys for Garnishee The Bank of New York Mellon*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HANJIN SHIPPING CO LTD., | Civil Action No. 13-CV-4682 |
| Plaintiff | |
| - against - | ANSWER OF GARNISHEE THE BANK OF NEW YORK MELLON TO WRIT OF ATTACHMENT AND GARNISHMENT |
| PRACTICA SHIPPING CORPORATION a/k/a PRACTICA SHIPPING CORP. LIMITED a/k/a PRACTICA SHIPPING OF CYPRUS LLC. | |
| Defendant | |

Garnishee, The Bank of New York Mellon ("The Bank"), by and through its counsel, Rawle & Henderson, LLP, hereby responds to the Process of Maritime Attachment and Garnishment served on the Bank by plaintiff Hanjin Shipping Co Ltd., as follows:

1. The Bank does not hold any tangible or intangible property belonging to, or being held for the benefit of the defendant Practica Shipping Corporation a/k/a Practica Shipping Corp. Limited a/k/a Practica Shipping of Cyprus LLC. The Bank does not have any accounts held in the name of or for the benefit of the defendant Practica Shipping Corporation a/k/a Practica Shipping Corp. Limited a/k/a Practica Shipping of Cyprus LLC.

2. Pursuant to the terms of the Writ of Attachment issued by the Court seeking to attach accounts of additional garnishee Credit Suisse AG held for the benefit of Defendant Practica Shipping Corporation a/k/a Practica Shipping Corp. Limited a/k/a Practica

Shipping of Cyprus LLC, The Bank reviewed relevant records within the Southern District of New York and has determined that while additional garnishee Credit Suisse AG maintains certain accounts with The Bank within the Southern District of New York, it is the Bank's understanding and belief that the funds contained in said accounts belong solely to Credit Suisse AG.

       3.       The Bank has no means of ascertaining whether any funds contained within the correspondent accounts of Credit Suisse AG are being held by Credit Suisse AG "for the benefit of" defendant Practica Shipping Corporation a/k/a Practica Shipping Corp. Limited a/k/a Practica Shipping of Cyprus LLC, or any other entity.

       4.       The Bank provided this information to Plaintiff's counsel. Plaintiff's counsel, however, has refused to release The Bank from the Writ.

WHEREFORE, Garnishee, The Bank of New York Mellon, hereby respectfully requests that this Honorable Court quash the Process of Maritime Attachment and Garnishment issued to The Bank of New York Mellon in this matter and prohibit Plaintiff from further attempts to attach accounts or other property not held in the name of the named defendant, Practica Shipping Corporation a/k/a Practica Shipping Corp. Limited a/k/a Practica Shipping of Cyprus LLC.

Dated: July 23, 2013

RAWLE & HENDERSON, LLP

By: _____
Robert A. Fitch, Esquire
14 Wall Street, 27th Floor
New York, NY 10005
(212) 323-7070
*Attorneys for Garnishee*

6631244-1