UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

HANJIN SHIPPING CO LTD.,

            Plaintiff

-against-

PRACTICA SHIPPING CORPORATION a/k/a
PRACTICA SHIPPING CORP. LIMITED a/k/a
PRACTICA SHIPPING OF CYPRUS LLC,

            Defendant.

------------------------------------------------------------x

Civil Action No. 13-CV-4682

**REPORT OF GARNISHEE
CREDIT SUISSE AG TO WRIT OF
ATTACHMENT AND GARNISHMENT**

       Garnishee, Credit Suisse AG ("CSAG"), incorrectly identified in the Writ of Attachment and Garnishment (the "Writ") as "Credit Suisse," by and through its counsel, Duval & Stachenfeld LLP, responds to the Writ, as follows:

       1.    CSAG has reviewed all accounts maintained in this Court's District or otherwise in the United States and has determined that it does not have any accounts held in the name of or for the benefit of the defendant Practica Shipping Corporation a/k/a Practica Shipping Corp. Limited a/k/a Practica Shipping of Cyprus LLC. CSAG does not hold any tangible or intangible property belonging to, or being held for the benefit of the defendant Practica Shipping Corporation a/k/a Practica Shipping Corp. Limited a/k/a Practica Shipping of Cyprus LLC in this District or otherwise in the United States.

Dated:  New York, New York
           July 29, 2013

                                        DUVAL & STACHENFELD LLP

                            By:  _____
                                        Allan N. Taffet
                                        Joshua C. Klein
                                        555 Madison Avenue, 6th Floor
                                        New York, New York 10022
                                        Tel. No. (212) 883-1700

                                        *Attorneys for Garnishee Credit
                                        Suisse AG*

## VERIFICATION

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Janine Schampier, being duly sworn, hereby says:

I am a contractor working as a legal assistant at Credit Suisse in New York. I have read the annexed Response of Garnishee Credit Suisse AG and know the contents thereof, and state that the same is true to the best of my knowledge.

*/s/ Janine Schampier*

Sworn to before me this
29th day of July, 2013

*/s/ Gloria Johnson*
Notary Public

GLORIA JOHNSON
Notary Public, State of New York
No. 01JO6015595
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires January 9, 20__