```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 3 0 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HANJIN SHIPPING CO. LTD,

                  Plaintiff,          13 Civ. 4682 (KBF)

        -v-                               ORDER

PRACTICA SHIPPING CORP. a/k/a
PRACTICA SHIPPING CORP. LIMITED
a/k/a PRACTICA SHIPPING OF CYPRUS,
LLC.

                  Defendant.
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

      An Initial Pretrial Conference was held before the undersigned on August 30, 2013 in the above-referenced matter.

      Plaintiff is ORDERED to submit a letter to the Court not later than **September 16, 2013** regarding: (1) the correspondent bank issue, and (2) the jurisdiction issue, including information about the jurisdictional discovery being sought. Plaintiff is FURTHER ORDERED to commence discovery in this action.

      The next status conference in this action is hereby scheduled for **October 18, 2013** at **3:00 P.M.**

      SO ORDERED.

Dated:     New York, New York
             August 30, 2013

                                                 _____
                                                 KATHERINE B. FORREST
                                                 United States District Judge