```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 0 9 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HANJIN SHIPPING CO. LTD,

                Plaintiff,

         -v-

PRACTICA SHIPPING CORP. a/k/a
PRACTICA SHIPPING CORP. LIMITED
a/k/a PRACTICA SHIPPING OF CYPRUS,
LLC.

                Defendant.
------------------------------------------------------------X

13 Civ. 4682 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    On January 9, 2014, a conference was held in the above-referenced matter. For the reasons set forth on the record, the Court hereby DISMISSES this action with leave to replead within 30 days. The Court reminds plaintiff to carefully consider the Court's concerns regarding whether there is a sufficient basis for jurisdiction in deciding whether to file an amended Complaint.

    The Clerk of Court is directed to the motions at ECF Nos. 39 and 45 and to terminate this action.

SO ORDERED.

Dated:    New York, New York
              January 9, 2014

                                                            _____
                                                            KATHERINE B. FORREST
                                                             United States District Judge